IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KENNETH W. MOORE )
) No. 3-10-0141
v. )
)
CITY OF CLARKSVILLE )

O R D E R

Pursuant to the order entered September 30, 2010 (Docket Entry No. 21), counsel for the parties called the Court on October 5, 2010, at which time the following matters were addressed:

1. As provided in the defendant's response (Docket Entry No. 22), the defendant has now responded to all written discovery served by the plaintiff on July 22, 2010.

The plaintiff had given the defendant an extension of 30 days or until September 23, 2010, to serve responses. The defendant served responses to the plaintiff's requests for production of documents on September 28, 2010, and responses to the plaintiff's interrogatories on October 1, 2010, thus making the responses to the request for production of documents five (5) days overdue and responses to the interrogatories eight (8) days overdue.

2. Plaintiff's counsel advised that he may have concerns about the adequacy of the defendant's responses. Counsel for the parties shall confer in an attempt to resolve any disputes.

3. The December 15, 2010, deadline for completion of fact discovery is extended to January 14, 2011.

All other deadlines provided in the orders entered April 7, 2010 (Docket Entry Nos. 8-9), remain in full force and effect.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge