IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| KENNETH W. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | File No: 3:10-0141 |
| ) | Judge Nixon |
| ) | Magistrate Judge Griffin |
| CITY OF CLARKSVILLE, ) | JURY DEMAND |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE
COMPLETE AFFIDAVIT OF CHIEF ANSLEY**

Comes now the Defendant, CITY OF CLARKSVILLE, by and through its attorney, and moves this Court for entry of an Order allowing it to file the complete Affidavit of Chief Ansley, an incomplete version of which was previously filed with the Defendant's Statement of Undisputed Material Facts, and in support of the same does state as follows:

1. The Defendant filed a Motion for Summary Judgment, Statement of Undisputed Material Facts, and Motion for Leave to file a Memorandum of Law in excess of the page limit which attached the Defendant's proposed Memorandum of Law. The Motion for Summary Judgment and accompanying supporting documents were filed on April 4, 2011, within the deadline provided by this Court for filing such dispositive motions.

2. In support of its Statement of Undisputed Material Facts, the Defendant filed an