# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| KENNETH W. MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:10-0141 |
| | ) | Judge Sharp |
| CITY OF CLARKSVILLE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons explained in the accompanying Memorandum, Defendant City of Clarksville's Motion for Summary Judgment (Docket No. 32) is hereby GRANTED IN PART and DENIED IN PART. The Motion is GRANTED with respect to Plaintiff Kenneth W. Moore's hostile work environment claim and his demand for punitive damages, and those claims are hereby DISMISSED WITH PREJUDICE. Defendant's Motion for Summary Judgment is DENIED with respect to Plaintiff's retaliation claim.

The Final Pretrial Conference will be held in this case on August 5, 2011, at 10:00 a.m., and the jury trial will commence on August 16, 2011, at 9:00 a.m., both as previously scheduled.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE