IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KENNETH W. MOORE )
) No. 3-10-0141
v. )
)
CITY OF CLARKSVILLE )

O R D E R

All pretrial deadlines have passed. Except for the pending motions in limine (Docket Entry Nos. 87-93), which appear to have been prompted by witnesses or exhibits listed in the opposing party's witness/exhibit lists, and the plaintiff's motion to deem documents as business records (Docket Entry No. 84), upon which the Court reserved ruling by order entered August 5, 2011 (Docket Entry No. 86), there are no pending motions, and no further matters to be addressed by the Magistrate Judge.

The pretrial conference was held on August 5, 2011, and the trial is scheduled to begin on August 16, 2011.

As a result, unless otherwise directed by the Court, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge