IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| KENNETH W. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | File No: 3:10-0141 |
| ) | Judge Sharp |
| ) | Magistrate Judge Griffin |
| CITY OF CLARKSVILLE, ) | JURY DEMAND |
| ) | |
| Defendant. ) | |

*Kevin H. Sharp* (signature)

## DEFENDANT'S MOTION FOR LEAVE

Comes now the Defendant, by and through counsel, and files this Motion for Leave requesting permission to file an additional Motion in Limine based upon the Plaintiff's Pre-trial Brief and August 11th correspondence from Plaintiff's attorney listing additional exhibits he plans to introduce at trial which were not included in his original Exhibit List, and in support of the same does state as follows:

1. Pursuant to this Court's Order, Plaintiff and Defendant filed their respective Exhibit Lists on July 29, 2011. (Plaintiff's Exhibit List, Docket No. 78). Plaintiff's Exhibit List filed with the Court lists 32 named documents or files and five specifically named pleadings. He also generally lists "any other pleadings filed in this matter," "any and all responses to written discovery," and "any and all documents exhibited to any depositions in this case." (Plaintiff's Exhibit List, Docket No. 78).