UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

*Kevin H. Sharp (signature)*

| | |
|---|---|
| KENNETH W. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | File No. 3-10-0141 |
| vs. ) | |
| ) | JUDGE SHARP |
| CITY OF CLARKSVILLE, ) | Magistrate Judge GRIFFIN |
| ) | |
| Defendant. ) | JURY DEMAND |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE
### *MOTION IN LIMINE # 11*
### TO REDACT LANGUAGE IN PRE-DECISION DISCUSSION

Comes the Defendant, KENNETH MOORE, by and through his attorney of record Robert J. Martin, and hereby files his Motion for Leave to File *Motion in Limine #11*, and would state as follows:

1. The Plaintiff previously filed a *Motion in Limine #3* regarding the Defendant eliciting testimony regarding the Wife being terminated for allegedly lying;

2. The Court granted said Motion; and,

3. The Plaintiff would additionally to redact language in the Pre-Decision Discussion beginning on lines 373-377, as outlined in his proposed Motion in Limine #11, attached hereto.