UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| KENNETH W. MOORE, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:10-00141 |
| | ) | Judge Sharp |
| CITY OF CLARKSVILLE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons explained during the trial of this case, and after further discussion with counsel in open Court, the Court hereby enters the following rulings on the second set of Motions in Limine filed by the parties:

(1) Defendant's Motion in Limine No. 1 (Docket No. 87) is hereby GRANTED.

(2) Defendant's Motion in Limine No. 2 (Docket No. 88) is hereby DENIED as moot.

(3) Defendant's Motion in Limine No. 3 (Docket No. 89) is hereby GRANTED as to the exclusion of certain witnesses but DENIED as to the exclusion of Ron Knight's disciplinary file.

(4) Defendant's Motion in Limine No. 4 (Docket No. 90) is hereby DENIED as moot.

(5) Defendant's Motion in Limine No. 5 (Docket No. 91) is hereby DENIED.

(6) Plaintiff's Motion in Limine No. 6 (Docket No. 92) is hereby DENIED.

(7) Plaintiff's Motion in Limine No. 7 (Docket No. 93) is hereby DENIED in part and mooted in part as result of stipulation of the parties.

(8) Plaintiff's Motion in Limine No. 8 (Docket No. 100) is hereby DENIED.

(9) Plaintiff's Motion in Limine No. 9 (Docket No. 101) is hereby GRANTED.

(10) Plaintiff's Motion in Limine No. 10 (Docket No. 102) is hereby DENIED.

(11) Defendant's Motion in Limine seeking to preclude Plaintiff from using the unemployment hearing audio testimony for cross-examination (Docket No. 114) is hereby DENIED as moot.

(12) Plaintiff's Motion in Limine No.11 (Docket No. 120) is hereby DENIED as moot based upon agreement by the parties.

(13) Defendants Motion in Limine seeking to exclude additional exhibits by Plaintiff (Docket No. 121) is hereby GRANTED in part and DENIED in part as stated on the record.

Further, Plaintiff's Motion to Deem Documents as Business Records (Docket No. 84) is hereby DENIED.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE