# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| KENNETH W. MOORE | ) | |
| | ) | |
| v. | ) | CASE NO. 3:10-0141 |
| | ) | JUDGE KEVIN H. SHARP |
| CITY OF CLARKSVILLE | ) | |

√ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that the jury found as follows:

- Plaintiff Kenneth W. Moore did <u>not</u> prove by a preponderance of the evidence that Patty Morris's engaging in a protected activity was a motivating factor in the Defendant City of Clarksville's decision to terminate Plaintiff's employment.

- Plaintiff Kenneth W. Moore did <u>not</u> prove by a preponderance of the evidence that his marriage to Patty Morris was a motivating factor in the Defendant City of Clarksville's decision to terminate his employment.


**IN ACCORDANCE WITH THE VERDICT OF THE JURY, JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT CITY OF CLARKSVILLE.**


DATE: August 26, 2011                    KEITH THROCKMORTON, CLERK

                                         BY: *Angie Brewer*
                                          Deputy Clerk